```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| MAHAMOUDATE KANTE, | : |
| Petitioner, | : |
| v. | : |
| | CIVIL ACTION 06-0601-KD-M |
| ALBERTO GONZALES, | : |
| MICHAEL CHERTOFF, | |
| WARDEN DAVID O. STREIFF, | : |
| Respondents. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be DISMISSED as MOOT.

DONE this 3rd day of April, 2007.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE